Janice M. Michaels
Nevada Bar No. 6062
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128
Phone: 702-251-4100 ♦ Fax: 702-251-5405
jmichaels@wshblaw.com
Attorneys for Plaintiff
Starr Surplus Lines Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| STARR SURPLUS LINES INSURANCE COMPANY, | ) | Case No. 22-cv-00092-RFB-NJK |
| | ) | |
| Plaintiff, | ) | **STIPULATION, REQUEST** |
| | ) | **AND ORDER EXTENDING** |
| v. | ) | **TIME TO ANSWER OR** |
| | ) | **OTHERWISE RESPOND** |
| RYZE RENEWABLES LAS VEGAS, LLC, | ) | **TO THE COMPLAINT** |
| | ) | |
| Defendant. | ) | (First Request) |

Plaintiff, Starr Surplus Lines Insurance Company, by and through its undersigned counsel, hereby respectfully submits this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to the Complaint (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2, and LR 7-1 of the Local Rules of this Court. This is the first request for an extension of time to answer or otherwise respond to the Complaint.

Defendant was served with the Complaint on January 25, 2022. The instant extension is requested as the parties are exploring a possible settlement and Defendant requires additional time to prepare a responsive pleading to the Complaint.

Upon agreement by and between all parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including March 1, 2022, for Defendant to file an answer or otherwise respond to the Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to the Complaint, except that Defendant waives any defense based on service of process.

DATED: ~~January~~ February 15, 2022

| STARR SURPLUS LINES INSURANCE COMPANY | RYZE RENEWABLES LAS VEGAS, LLC |
|---|---|
| By: /s/ Janice M. Michaels<br>Janice M. Michaels<br>Nevada Bar No. 6062<br>**WOOD, SMITH, HENNING & BERMAN LLP**<br>2881 Business Park Court, Suite 200<br>Las Vegas, Nevada 89128<br>Phone: 702-251-4100 ♦ Fax: 702-251-5405<br>jmichaels@wshblaw.com<br>Attorneys for Plaintiff | By: /s/ G. Mark Albright, Esq.<br>G. Mark Albright, Esq.<br>Nevada Bar No. 01394<br>**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**<br>801 South Rancho Drive, Suite D0-4<br>Las Vegas, Nevada 89129<br>Tel: 702-384-7111 ♦ Fax: 702-384-0605<br>gma@albrightstoddad.com<br>Attorneys for Defendant |

## **ORDER**

IT IS SO ORDERED

_[signature]_

Dated: February 16, 2022