Janice M. Michaels
Nevada Bar No. 6062
Jordan E. Kingsley
Nevada Bar No. 15256
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
jmichaels@wshblaw.com
jkingsley@wshblaw.com

Attorneys for Plaintiff,
Starr Surplus Lines Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STARR SURPLUS LINES INSURANCE COMPANY, | Case No. 2:22-cv-00092-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | Trial Date:        None Set |
| RYZE RENEWABLES LAS VEGAS, LLC, | |
| Defendant. | |

COMES NOW, Plaintiff, STARR SURPLUS LINES INSURANCE COMPANY, (hereinafter "PLAINTIFF"), by and through its counsel of record, Janice M. Michaels, Esq. and Jordan E. Kingsley, Esq. of the law firm Wood, Smith, Henning & Berman LLP and Defendant RYZE RENEWABLES LAS VEGAS, LLC by and through its counsel of record, G. Mark Albright, Esq., of the law firm of Albright, Stoddard, Warnick & Albright, hereby STIPULATE and AGREE to the DISMISSAL of Plaintiff Starr Surplus Lines Insurance Company's Complaint, WITH PREJUDICE, against DEFENDANT. Each party to bear its own fees and costs.

/ / /

/ / /

1   This Stipulation may be executed in one or more counterparts, each of which shall constitute

2 a duplicate original. A facsimile or other non-original signature shall still create a binding and

3 enforceable agreement.

4   DATED: July 26, 2022.                                   DATED: July 26, 2022.

**WOOD, SMITH, HENNING & BERMAN LLP**                      **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

  /s/ Janice M. Michaels                                     /s/ G. Mark Albright
By: _____                        By: _____
   JANICE M. MICHAELS                                          G. MARK ALBRIGHT, ESQ.
   Nevada Bar No. 6062                                         Nevada Bar No. 1394
   JORDAN E. KINGSLEY                                          801 South Rancho Drive, Ste. D-4
   Nevada Bar No. 15256                                        Las Vegas, Nevada 89106
   2881 Business Park Court, Ste. 200                          *Attorneys for Defendant, Ryze*
   Las Vegas, NV 89128-9020                                    *Renewables Las Vegas, LLC*
   *Attorneys for Plaintiff,*
   *Starr Surplus Lines Insurance*
   *Company*

**Starr Surplus Lines Insurance Company v Ryze Renewables Las Vegas, LLC**
**2:22-cv-00092-RFB-NJK**

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that PLAINTIFF Starr Surplus Lines Insurance Company's Complaint in the action entitled *Starr Surplus Lines Insurance Company v. Ryze Renewables Las Vegas, LLC,* Case No. 2:22-cv-00092-RFB-NJK is dismissed, WITH PREJUDICE. The parties will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this 28th day of July, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

WOOD, SMITH, HENNING & BERMAN LLP

By:     */s/ Janice M. Michaels*
        JANICE M. MICHAELS
        Nevada Bar No. 6062
        JORDAN E. KINGSLEY
        Nevada Bar No. 15256
        Attorneys for Plaintiff, Starr Surplus Lines
        Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2022, a true and correct copy of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Michelle N. Ledesma*
Michelle N. Ledesma, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

25262187.1:10462-0113        -4-        Case No. 2:22-cv-00092-RFB-NJK
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE